# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| vs. | : | CRIMINAL NO. 12-00201-KD-C |
| DARRIE DEWAYNE DEES, Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 21, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Darrie Dewayne Dees' Motion to Dismiss Indictment with Prejudice (Doc. 32) is **DENIED**.

**DONE** and **ORDERED** this the **15th** day of **August 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**